Filed in open court 4/21/05 (ew)

FILED

APR 21  1 19 PM '05

CLERK
U.S. DISTRICT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-79M |
| MARLON DEON PETTAWAY, | ) | |
| Defendant. | ) | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

   _____   Crime of violence (18 U.S.C. § 3156)

   _____   Maximum sentence life imprisonment or death

   \_\_x\_\_   10+ year drug offense

   _____   Felony, with two prior convictions in above categories

   \_\_x\_\_   Serious risk defendant will flee

   _____   Serious risk obstruction of justice

2.  **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    __x___   Defendant's appearance as required

    __x___   Safety of any other person and the community

3.  **Rebuttable Presumption**. The United States (will, will not) invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (**check one or both**):

    __x___   Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    _____   Previous conviction for "eligible" offense committed while on pretrial bond

4.  **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    _____   At first appearance

    __x___   After continuance of __3___ days (not more than 3).

5.  **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of __

days (not more than 10) so that the appropriate officials can be notified since:

1. At the time the offense was committed the defendant was:

   \_\_\_\_ (a) on release pending trial for a felony;

   \_\_\_\_ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

   \_\_\_\_ (c) on probation or parole for an offense.

2. _____ The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

3. _____ The defendant may flee or pose a danger to any other person or the community.

DATED this \_\_\_21st\_\_\_ day of \_April\_, 2005.

COLM F. CONNOLLY
United States Attorney

BY: /s/ Richard G. Andrews
Richard G. Andrews
First Assistant U. S. Attorney