IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-79M |
| | : | |
| MARLON DEON PETTAWAY, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S MOTION TO DISMISS
## CRIMINAL COMPLAINT

The United States of America, by and through its attorneys Colm F. Connolly, United States Attorney for the District of Delaware, and April M. Byrd, Assistant United States Attorney for the District of Delaware, respectfully moves to dismiss the Criminal Complaint in the above-captioned case without prejudice.

Respectfully submitted,

COLM F. CONNOLLY

United States Attorney

BY: /s/
April M. Byrd
Assistant United States Attorney

Dated: May 27, 2005

**AND NOW,** this _____ day of _____, 2005, upon consideration of the foregoing motion, **IT IS HEREBY ORDERED** that the Criminal Complaint in this case is dismissed without prejudice.

_____
Honorable Mary Pat
United States Magistrate Judge

## CERTIFICATE OF SERVICE

    I hereby certify that on May 27, 2005, the foregoing:

## GOVERNMENT'S MOTION TO DISMISS
## CRIMINAL COMPLAINT

was served by causing two copies of said document to be sent via hand delivery to counsel of record as follows:

Jan A.T. van Amerongen, Esquire
Jan A.T. van Amerongen, LLC
1225 King Street, Suite 301
Wilmington, DE 19801


/s/_____
April M. Byrd
Assistant United States Attorney